IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WORLDVENTURS HOLDINGS, LLC, WORLDVENTURES MARKETING, LLC, WORLDVENTURES MARKETING LIMITED, WORLDVENTURES CANADA INC., WORLDVENTURES MARKETING B.V., WORLDVENTURES MARKETING (HONG KONG) LIMITED, WORLDVENTURES MARKETING PTE. LTD., WORLDVENTURES TAIWAN LTD., WORLDVENTURES MARKETING PTY. LTD., WORLDVENTURES MARKETING JAMAICA LIMITED, WORLDVENTURES SERVICES, LLC, WORLDVENTURES COOPERATIEF U.A., WORLDVENTURES MARKETING SP.ZO.O, WORLDVENTURES MARKETING SOUTH AFRICA (PTY.)LTD, WORLDVENTURES ENTERPRISES LLC, WV SERVICES MALAYSIA SDN BHD, WORLDVENTURES MARKETING SRL, WORLDVENTURES | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION NO.<br><br>4:18-cv-00393<br><br>**JURY TRIAL DEMANDED**<br><br>**EMERGENCY APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER** |

**CERTIFICATION OF COUNSEL IN SUPPORT OF EMERGENCY APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT   PAGE 1**

| | |
|---|---|
| MARKETING (CYPRUS) LIMITED, WORLDVENTURES MARKETING D.O.O. BEOGRAD, WORLDVENTURES MARKETING SL, D.O.O., AND WORLDVENTURES MARKETING LIMITED WORLDVENTURES MARKETPLACE, LLC WORLDVENTURES HOLDINGS (NETHERLANDS) B.V. WORLDVENTURES MARKETING LIMITED (NEW ZEALAND) WORLDVENTURES MARKETING COLOMBIA S.A.S WORLDVENTURES HOLDINGS ASIA PTE. LTD. Plaintiffs, v. MAVIE, ARIIX, LLC ARIIX HOLDINGS, LLC, ARIIX INTERNATIONAL, INC. ADVANCED WELLNESS SOLUTIONS PTE LTD. ABBOUD BARAKAT individually, JONATHAN MCKILLIP, individually, KYLE LOWE, individually, ANTHONY FITZGERALD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

individually,
MICHELLE SIDDY,
individually, KEMBLE
MORGAN, individually,
and
DANIEL AUDET, individually,

Defendants.

**CERTIFICATION OF COUNSEL IN SUPPORT OF EMERGENCY APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT**

TO THE HONORABLE COURT:

WORLDVENTURES HOLDINGS, LLC, WORLDVENTURES MARKETING, LLC, WORLDVENTURES MARKETING LIMITED, WORLDVENTURES CANADA INC., WORLDVENTURES MARKETING B.V., WORLDVENTURES MARKETING (HONG KONG) LIMITED, WORLDVENTURES MARKETING PTE. LTD., WORLDVENTURES TAIWAN LTD., WORLDVENTURES MARKETING PTY LTD., WORLDVENTURES MARKETING JAMAICA LIMITED, WORLDVENTURES SERVICES, LLC, WORLDVENTURES COOPERATIEF U.A., WORLDVENTURES MARKETING SP.Z.O.O, WORLDVENTURES MARKETING SOUTH AFRICA, WORLDVENTURES ENTERPRISES LLC, WV SERVICES MALAYSIA SDN BHD,

WORLDVENTURES MARKETING SRL, WORLDVENTURES MARKETING (CYPRUS) LIMITED, WORLDVENTURES MARKETING D.O.O. BEOGRAD, WORLDVENTURES MARKETING SL, D.O.O., WORLDVENTURES MARKETING LIMITED, WORLDVENTURES MARKETPLACE, LLC, WORLDVENTURES HOLDINGS (NETHERLANDS) B.V., WORLDVENTURES MARKETING LIMITED (NEW ZEALAND), WORLDVENTURES MARKETING COLOMBIA S.A.S., and WORLDVENTURES HOLDINGS ASIA PTE. LTD (hereinafter collectively referred to as "Plaintiffs" or "WorldVentures"), and in support of Plaintiffs' Emergency Application for Temporary Restraining Order, Plaintiffs provide the following Certification of Plaintiffs' counsel:

1. I have received no notice that Defendants are represented by legal counsel and no legal counsel has given notice to me or my clients of representation of the Defendants respect to the matters at issue in the Original Complaint.

2. I have reviewed Facebook comments and Facebook videos posted by Defendants on their Facebook accounts on June 3, 2018 announcing, promoting and soliciting for the launch of Defendants' new business named MAVIE. I have reviewed multiple comments being made by other Defendants to the announcements made on June 3, 2018.

3. In my professional opinion there is not time to give Defendants notice before the court considers Plaintiffs' Emergency Application for Temporary Restraining Order.

Dated: June 4, 2018.

Respectfully submitted,

By: /s/ Charles Bundren

**WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC**
Wm. Charles Bundren, Esq.
Lead Attorney and Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555   Telephone
(972) 624-5340   Facsimile
e-mail:   charles@bundrenlaw.net
**ATTORNEY FOR PLAINTIFFS:
WORLDVENTURES HOLDINGS, LLC
WORLDVENTURES MARKETING, LLC,
WORLDVENTURES MARKETING LIMITED,
WORLDVENTURES CANADA INC.,
WORLDVENTURES MARKETING B.V.,
WORLDVENTURES MARKETING (HONG KONG) LIMITED,
WORLDVENTURES MARKETING PTE. LTD.,
WORLDVENTURES TAIWAN LTD.,
WORLDVENTURES MARKETING PTY LTD.,
WORLDVENTURES MARKETING JAMAICA LIMITED
WORLDVENTURES SERVICES, LLC,**

WORLDVENTURES COOPERATIEF U.A.,
WORLDVENTURES MARKETING SP.ZO.O,
WORLDVENTURES MARKETING SOUTH AFRICA,
WORLDVENTURES ENTERPRISES LLC,
WV SERVICES MALAYSIA SDN BHD,
WORLDVENTURES MARKETING SRL,
WORLDVENTURES MARKETING (CYPRUS) LIMITED,
WORLDVENTURES MARKETING D.O.O. BEOGRAD,
WORLDVENTURES MARKETING SL, D.O.O., AND
WORLDVENTURES MARKETING LIMITED
WORLDVENTURES MARKETPLACE, LLC,
WORLDVENTURES HOLDINGS (NETHERLANDS) B.V.
WORLDVENTURES MARKETING LIMITED (NEW ZEALAND)
WORLDVENTURES MARKETING COLOMBIA S.A.S.
WORLDVENTURES HOLDINGS ASIA PTE. LTD