# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WORLDVENTURES HOLDINGS, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § § | ACTION NO. 4:18-CV-00393 JUDGE MAZZANT/JUDGE JOHNSON |
| ARIIX, LLC, *et al.*, | § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

On April 30, 2019, a report of the Magistrate Judge (the "Report") (Dkt. #426) was entered, containing proposed findings of fact and recommendations that the Joint Motion for Stipulated Dismissal with Prejudice filed by WorldVentures Holdings, LLC and its Affiliates (together, "WorldVentures") and Defendant Daniel Audet ("Audet") (Dkt. #422), the Joint Motion for Stipulated Dismissal with Prejudice filed by WorldVentures and Defendant Anthony Fitzgerald ("Fitzgerald") (Dkt. #423), and the Joint Motion for Stipulated Dismissal with Prejudice filed by WorldVentures and Defendant Michelle Siddy ("Siddy") (Dkt. #424) be granted.

The three Motions (collectively, "the Joint Motions"), seek the dismissal, with prejudice, of all claims and counterclaims between WorldVentures and Audet, Fitzgerald, and Siddy. Neither the Joint Motions nor the Report, have any impact on claims between WorldVentures and ARIIX Holdings, LLC, ARIIX International, Inc., or Jonathon McPhillip.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Therefore, the Joint Motion for Stipulated Dismissal with Prejudice (Dkt. #422) is **GRANTED**, and all claims made by WorldVentures against Audet and all counterclaims made by Audet against WorldVentures are **DISMISSED WITH PREJUDICE**.

Additionally, the Joint Motion for Stipulated Dismissal with Prejudice (Dkt. #423) is **GRANTED**, and all claims made by WorldVentures against Fitzgerald are **DISMISSED WITH PREJUDICE**.

Finally, the Joint Motion for Stipulated Dismissal with Prejudice (Dkt. #424) is **GRANTED**, and all claims made by WorldVentures against Siddy are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

**IT IS SO ORDERED**.

 **SIGNED this 17th day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE